# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149000

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                         SC: 149000
                                                         COA: 319686
                                                  Van Buren CC: 2013-018813-FH

FLOYD CLOUSE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 21, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

s0721

July 29, 2014 _____



                                  Clerk